OKWD Revised AO 442 (1/16/15)

2005528

2264-0310-1056-J

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**

**V.**

OSCAR HERNANDEZ FLORES
*Defendant*

Case Number: CR-21-76-C

RECEIVED
6:21 pm, Apr 09, 2021
U.S. Marshals W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* OSCAR HERNANDEZ FLORES ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21: 846 DRUG CONSPIRACY
21:841(a)(1) & 18:2 DISTRIBUTION OF METHAMPHETAMINE & AIDING AND ABETTING
21:841(a)(1) & 18:2 POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE & AIDING AND ABETTING
21:841(a)(1) & 18:2 DISTRIBUTION OF METHAMPHETAMINE & AIDING AND ABETTING
18:1956(h) MONEY LAUNDERING CONSPIRACY
18:924(d) & 21:853 & 28:2461(c) CRIMINAL FORFEITURE




WARRANT ISSUED:
5:40 pm, Apr 09, 2021
CARMELITA REEDER SHINN, Clerk
By: Kira Thomas
Deputy Clerk

**Kira Thomas, Deputy Clerk**
**Oklahoma City, Oklahoma**

### Return

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at (*city and state*) ____________

Date: ____________

ARRESTED ON: 2-6-2024
WITHIN THE W DISTRICT OF OK
BY: FBI

____________
*Arresting officer's signature*

____________
*Printed name and title*